# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00533-CV

**In re Leonard Shane Prudhomme**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Leonard Shane Prudhomme filed his petition for writ of mandamus, challenging the trial court's denial of his plea to the jurisdiction in a child-custody suit. *See* Tex. R. App. P. 52.1. Having reviewed the petition, the record, and the response, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8.

While relator's petition was pending, the real party in interest, Kimberly Prudhomme, filed a Motion to Strike and for Sanctions, requesting that this Court strike documents in the mandamus record and impose sanctions on relator. Because we deny relator's petition for writ of mandamus, we dismiss real party in interest's motion to strike as moot. We further deny real party in interest's motion for sanctions.

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed: August 31, 2016